IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| CEDRIC WHITESIDE, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 1:17-cv-00024 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| HICKMAN COUNTY, TENNESSEE, et al., | ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) | |

## ORDER

This case has been reassigned to the undersigned Judge.

Pending before the Court is the Magistrate Judge's Report and Recommendation on Defendants' Motion for Summary Judgment (Doc. No. 25), which was filed on September 26, 2018. (Doc. No. 37). In the Report and Recommendation, the Magistrate Judge recommends Defendants' motion for summary judgment be granted and the action be dismissed with prejudice.

Although the Report and Recommendation advised the parties that any objections must be filed within fourteen days of service, no objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, Defendants' motion for summary judgment is **GRANTED**, and this action is **DISMISSED** with prejudice.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE